# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,       )
                             )
  v.                         )   2:11-CR-00231-HDM (CWH)
                             )
BEAU THOMAS HASSEY,          )
                             )
        Defendant.       )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 14, 2011, defendant BEAU THOMAS HASSEY pled guilty to Count Seven of an Eight-Count Criminal Indictment charging him with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(1) and (b). Docket #1, #_.

This Court finds defendant BEAU THOMAS HASSEY agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars, the Amended Bill of Particulars, and the Plea Agreement. #1, #19, #22, #_.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars, the Amended Bill of Particulars, and the Plea Agreement and the offense to which defendant BEAU THOMAS HASSEY pled guilty.

. . .

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3):

    a) any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;

    b) Buffalo external hard drive with power supply, bearing serial number 95504480938162;

    c) Seagate external hard drive with power supply, bearing serial number 9QF2F1NC;

    d) Western Digital external hard drive with power supply, bearing serial number WCAVY5774266T; and

    e) Mystique desktop computer, unknown serial number.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of BEAU THOMAS HASSEY in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> MICHAEL A. HUMPHREYS
> Assistant United States Attorney
> DANIEL D. HOLLINGSWORTH
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 14th day of September, 2011.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE